BENJAMIN B. WAGNER
United States Attorney
TODD A. PICKLES
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for UNITED STATES OF AMERICA

FILED
APR 0 4 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

2:12 - SW - - 1 6 8   DAD

IN RE:

SEARCH WARRANT AUTHORIZED
FOR THE PREMISES LOCATED AT:

6642 Merchandise Way, Suites A, B andC,
Diamond Springs, California.

CASE NO. 2:12-SW-

ORDER FOR DESTRUCTION OF
BULK MARIJUANA SEIZURE

On or about April 4, 2012, Drug Enforcement Administration ("DEA") Special Agent Robert Marchi applied for an order permitting DEA to destroy bulk marijuana that it expects to be seized in this matter pursuant to duly authorized search warrants. Having read and considered the papers filed, and good cause appearing:

IT IS HEREBY ORDERED that the DEA and other investigative agencies involved in the investigation of this matter are authorized to destroy, forthwith, any bulk marijuana seized during the investigation. For evidentiary purposes, the marijuana plants shall be counted and, if possible, weighed. In addition, any seized marijuana gardens shall be photographed and/or videotaped, and a representative sample taken from each location, which shall be preserved until further order of this court.

DATED: April 4, 2012

_Dale A. Drozd_
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE